**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Emanuel Williams, IV, Appellant.

Appellate Case No. 2023-001804

---

Appeal From Charleston County
Perry H. Gravely, Circuit Court Judge

---

Unpublished Opinion No. 2026-UP-291
Submitted May 1, 2026 – Filed June 10, 2026

---

**APPEAL DISMISSED**

---

Chief Appellate Defender Wanda H. Carter, of Columbia, and Emanuel Williams, IV, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.